IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVONNE E. MERRILL,

            Plaintiff,                      No. 06:14-cv-01429-SB

      v.

CAROLYN W. COLVIN, Acting            ORDER
Commissioner of Social Security,

            Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation (#17) on September 24, 2015, in which she recommends that this Court affirm the decision of the Commissioner to deny Plaintiff's application for disability insurance benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [17]. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this __13__ day of __November__, 2015.

                                                       */s/ Marco Hernandez*
                                                       MARCO A. HERNANDEZ
                                                       United States District Judge